| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter C. Anderson<br>United States Trustee<br>Michael Jones<br>Assistant U.S. Trustee<br>Brian D. Fittipaldi, SBN: 146864<br>Trial Attorney<br>Office of the U.S. Trustee<br>1145 Eugenia Place, Suite 200<br>Carpinteria, CA 93013<br>Telephone: 202-834-1629<br>Email: Brian.Fittipaldi@usdoj.gov<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff United States Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION

| In re:<br>Hovhannes Nazaryan,<br><br><br><br>Debtor(s). | CASE NO.:      1:25-bk-20617-MB<br><br>ADVERSARY NO.:  1:25-ap-01058-MB<br><br>CHAPTER:      7 |
|---|---|
| United States Trustee<br><br><br><br><br><br>                            Plaintiff(s).<br>vs.<br>Hovhannes Nazaryan<br><br><br><br>                    Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br><br>DATE:      05/08/2026<br>TIME:      1:30 p.m.<br>COURTROOM:  303<br>ADDRESS:<br>      U.S. Bankruptcy Court<br>      21041 Burbank Blvd.<br>      Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A.  **PLEADINGS/SERVICE:**

|  | |  |  |
|---|---|---|---|
| 1. | Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☒ Yes | ☐ No |
| 2. | Have all parties filed and served answers to the Claims Documents? | ☐ Yes | ☒ No |
| 3. | Have all motions addressed to the Claims Documents been resolved? | ☐ Yes | ☒ No |
| 4. | Have counsel met and conferred in compliance with LBR 7026-1? | ☐ Yes | ☐ No |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):
    Debtor-Defendant remains incarcerated. He still does not have counsel of record in the adversary proceeding. Plaintiff has attempted to speak with counsel for the Debtor in the underlying bankruptcy case to ascertain whether the Debtor-Defendant will sign the waiver of discharge that was sent to him. As reported in the prior Unilateral Status Report, counsel for the Debtor in the underlying bankruptcy indicated that the Debtor-Defendant would be willing to waive his discharge.

## B.  READINESS FOR TRIAL:

1.  When will you be ready for trial in this case?

    | Plaintiff | Defendant |
    |---|---|

    If the Debtor-Defendant waives his discharge, then no trial will be necessary.

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | Plaintiff | Defendant |
    |---|---|

    If a trial is necessary, the Plaintiff requests an appropriate period for discovery.

3.  When do you expect to complete your discovery efforts?

    | Plaintiff | Defendant |
    |---|---|

    Unknown at this time.

4.  What additional discovery do you require to prepare for trial?

    | Plaintiff | Defendant |
    |---|---|

    Unknown at this time.

## C.  TRIAL TIME:

1.  What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

    | Plaintiff | Defendant |
    |---|---|

    Unknown at this time.

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

    | Plaintiff | Defendant |
    |---|---|

    Unknown at this time.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.   How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>                                           <u>Defendant</u>

Unknown at this time.

## D.  **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>                                           <u>Defendant</u>

Pretrial conference ☒ is ☐ is not  requested        Pretrial conference ☐ is ☐ is not  requested
Reasons:                                             Reasons:

<u>Plaintiff</u>                                           <u>Defendant</u>

Pretrial conference should be set <u>after</u>:          Pretrial conference should be set <u>after</u>:

(*date*) 08/01/2026                                  (*date*) _____

## E.  **SETTLEMENT:**

1.   What is the status of settlement efforts?

     Parties are working on a pending waiver of discharge.

2.   Has this dispute been formally mediated?      ☐ Yes   ☐ No
     If so, when?

3.   Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>                                           <u>Defendant</u>

☐ Yes   ☒ No                                         ☐ Yes   ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<table>
<tr><td style="text-align:center"><u>Plaintiff</u></td><td style="text-align:center"><u>Defendant</u></td></tr>
<tr><td>☒ I do consent<br>☐ I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td><td>☐ I do consent<br>☐ I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td></tr>
</table>

## G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 05/01/2026

Date: _____

United States Trustee
_____
Printed name of law firm

*[signature]*
_____
Signature

Brian D. Fittipaldi
_____
Printed name

Attorney for: Plaintiff United States Trustee

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1145 Eugenia Street, Suite 200, Carpinteria, CA 93013

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Please see attached list.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/01/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Please see attached list

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/01/2026 | Brian D. Fittipaldi | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 5                                    F 7016-1.STATUS.REPORT

**SERVED ELECTRONICALLY**
Brian D Fittipaldi   brian.fittipaldi@usdoj.gov Raymond H. Aver   ray@averlaw.com,
averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.co m;jesus@averlaw.com
Sanaz Sarah Bereliani   berelianilaw@gmail.com,
chris@berelianilaw.com;r48595@notify.bestcase.com Michael G D'Alba   mgd@lnbyg.com
Shannon A Doyle   sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com
Bryk R Escobar   eryk.r.escobar@usdoj.gov Anita Khachikyan   ak@khachlaw.com
Blan S Levey   elan.levey@usdoj.gov,
usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@us doj.gov
Bruce P. Needleman   attybpn@aol.com
United States Trustee (SV)   ustpregionl6.wh.ecf@usdoj.gov Nancy J Zamora (TR)   zamora3@aol.com,
nzamora@ecf.axosfs.com

**SERVED BY U.S. MAIL**
United States Bankruptcy Court 21041 Burbank Blvd.
Woodland Hills, CA 91367

Hovhannes Nazaiyan 24366 La Masina Court Calabasas, CA 91302

SLBiggs
10960 Wilshire Blvd., Ste. 1100 Los Angeles, CA 90024