**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth Misken, CA SBN: 349167
Assistant United States Trustee
Brian D. Fittipaldi, CA SBN: 146864
Trial Attorney
**OFFICE OF THE UNITED STATES TRUSTEE**
1145 Eugenia Place, Suite 201
Carpinteria, California 93013
Telephone: (202) 834-1629
E-mail: brian.fittipaldi@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In re**<br><br>**HOVHANNES NAZARYAN,**<br><br>**Debtor.** | **Case No. 1:25-bk-10617-MB**<br><br>**Adversary Proc. No.: 1:25-ap-01058-MB**<br><br>**Chapter 7**<br><br>**NOTICE OF CONTINUED STATUS CONFERENCE** |
| **UNITED STATES TRUSTEE, REGION 16,**<br><br>**Plaintiff.**<br><br>**vs.**<br><br>**HOVHANNES NAZARYAN,**<br><br>**Defendant.** | **Date: September 24, 2026**<br>**Time: 1:30 p.m.**<br>**Ctrm: 303**<br><br>**Continued Date: November 19, 2026**<br>**Time: 2:30 p.m.**<br>**Ctrm: 303** |

The Status Conference on the Adversary Case filed by Plaintiff United States Trustee was heard at the above-reference date and time. Appearances were noted in the record. The Court continued the Status Conference hearing to November 19, 2026 at 2:30 p.m.

Dated: September 25, 2026

*/s/ Brian D. Fittipaldi*
Brian D. Fittipaldi
Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED STATUS CONFERENCE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/14/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **10/14/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/14/2026 | Veronica M. Hernandez | */s/ Veronica M. Hernandez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**

Brian David Fittipaldi brian.fittipaldi@usdoj.gov
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
Nancy J Zamora (TR) zamora3@aol.com, nzamora@ecf.axosfs.com
Zarik Minasyan clericalassistant.nazaryan@gmail.com

**SERVED BY U.S. MAIL**

U.S. Bankruptcy Court
San Fernando Valley Division
21041 Burbank Boulevard
Woodland Hills, California 91367

Hovhannes Nazaryan
24366 La Masina Court
Calabasas, CA 91302

SLBiggs
10960 Wilshire Blvd., Ste. 1100
Los Angeles, CA 90024

Hovhannes Nazaryan
Register No. 86590-509
FCI Texarkana
Satellite Camp
P.O. Box 9300
Texarkana, Texas 75505

Sanaz Sarah Bereliani
Bereliani Law Firm, PC
12100 Wilshire Blvd., 8th Floor
Los Angeles, CA 90025