United States Bankruptcy Court

Central District of California

United States Trustee (SV),
Plaintiff

Adv. Proc. No. 25-01058-MB

Nazaryan,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 12, 2026 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Hovhannes Nazaryan, 24366 La Masina Court, Calabasas, CA 91302-1402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian David Fittipaldi | on behalf of Plaintiff United States Trustee (SV) brian.fittipaldi@usdoj.gov |
| Nancy J Zamora (TR) | zamora3@aol.com nzamora@ecf.axosfs.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 3

FILED & ENTERED

NOV 11 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Hovhannes Nazaryan,<br><br>Debtor. | Case No.: 1:25-bk-10617-MB<br><br>Chapter 7 |
| United States Trustee, Region 16,<br><br>Plaintiff,<br><br>v.<br><br>Hovhannes Nazaryan,<br><br>Defendant. | Adv. No: 1:25-ap-01058-MB<br><br>**ORDER CONTINUING STATUS CONFERENCE AND HEARING ON MOTION TO SET ASIDE DEFAULT**<br><br>**Continued Hearing**:<br><br>Date: December 9, 2026<br>Time: 2:30 p.m.<br>Place: Courtroom 303<br>21041 Burbank Blvd.,<br>Woodland Hills, CA 91367<br><br>URL: https://cacb.zoomgov.com/j/1657437556<br>Meeting ID: 165 743 7556<br>Password: 246520<br>Telephone: 1 (669) 254 5252 or<br>1 (646) 828 7666 |

On September 12, 2025, the United States Trustee ("Plaintiff") filed its complaint against Hovhannes Nazaryan ("Defendant"), commencing the above-captioned adversary proceeding. Adv. Dkt. 1. On December 5, 2025, Plaintiff requested that the Clerk of Court enter default against Defendant, Adv. Dkt. 5, which the Clerk of Court did on December 9, 2025, Adv. Dkt. 7.

On September 22, 2026, Defendant filed his *Motion to Set Aside Default*, Adv. Dkt. 14 ("Motion"), and on November 4, 2026, Plaintiff filed its *Objection of the United States Trustee to Debtor's Motion to Set Aside Default*, Adv. Dkt. 19 ("Objection"). However, based on a notice of address change filed by Defendant in another adversary proceeding in which he is involved, *see* 1:26-ap-01031-MB Dkt. 27, it appears the Objection was served at an old address at which the Defendant no longer resides.[1]

Based on the foregoing, and for good cause appearing, it is hereby **ORDERED** that:

1. The status conference and hearing on the Motion currently set for November 19, 2026 are continued to **December 9, 2026** at the time noted in the caption of this Order. Parties in interest may appear in-person or by ZoomGov audio and video.

///

///

///

///

///

[1] The Court notes that the notice of address change was not filed in the instant adversary proceeding.

2. By no later than November 12, 2026, Plaintiff shall send its Objection and a copy of this Order by first class overnight mail to the following address:

Hovhannes Nazaryan
c/o Orion RRC
Behavioral Systems Southwest
8141 Orion Avenue
Van Nuys, CA 91406

3. By no later than November 12, 2026, Plaintiff shall also serve the Defendant with its Objection and a copy of this Order by email at the following address: clericalassistant.nazaryan@gmail.com.

###

Date: November 11, 2026

Martin R Barash
United States Bankruptcy Judge